# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NYCHEA LISH,

    Plaintiff(s),

v.

SUMMIT COLLECTION SERVICES, INC.,

    Defendant(s).

Case No.: 2:19-cv-01017-JCM-NJK

**Order**

On February 18, 2020, the parties filed a notice of settlement anticipating the filing of dismissal papers within 30 days. Docket No. 18. To date, dismissal papers have not been filed. Dismissal papers must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1