Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NYCHEA LISH, an individual; <br><br> Plaintiff, <br><br> v. <br><br> SUMMIT COLLECTION SERVICES, INC., a domestic corporation; <br><br> Defendant. | Case No.: 2:19-cv-01017-JCM-NJK <br><br> ORDER GRANTING STIPULATION TO EXTEND DEADLINE <br><br> ~~JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SUMMIT COLLECTION SERVICES, INC.~~ |

In accordance with Plaintiff's and Summit Collection Services, Inc.'s ("Summit") (collectively referred to as the "Parties") Notice of Settlement [ECF No. 18], and the court's Order concerning settlement [ECF No. 20], the Parties provide the following Joint Status Report:

On February 18, 2020, the Parties reached an agreement in principle to resolve Plaintiff's claims. Since that time, the Parties have worked toward finalizing settlement documents this action in conjunction with a related state court matter.

On March 20, 2020, the Nevada Financial Institutions Division ("FID") ordered all debt collectors to cease collection efforts against Nevada consumers/residents under the Governor's Emergency Directive.

Due to the Governor's shutdown and the FID's directive, Summit is not operational, and has been difficult to reach to confirm the settlement terms. Summit has also yet to rescind the Garnishment Order at issue in this case, which is a material term to the Parties' settlement.

Therefore, the Parties respectfully request an additional fourteen (14) days to allow time for Summit to rescind the Garnishment Order and return any funds received from that Order, for the Parties to finalize and execute the settlement agreement, and for the Parties to prepare and file a Stipulation of Dismissal.

Dated: April 30, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 30, 2020

**LAW OFFICE OF CLIFF YOUNG**

*/s/ Clifton Young*
Clifton Young, Esq .
Nevada Bar No. 1233
650 S. Rock Blvd., Suite #21-A
Reno, NV 89502
cliffyounglaw@yahoo.com
*Attorneys for Defendant
Summit Collection Services, Inc.*

IT IS SO ORDERED.
Dated:  May 1, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge