UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NYCHEA LISH,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>SUMMIT COLLECTION SERVICES,<br><br>　　　　　　　Defendant(s). | Case No. 2:19-CV-1017 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Lish v. Summit Collection Services Inc.*, case number 2:19-cv-01017-JCM-NJK. On February 18, 2020, plaintiff Nychea Lish ("Lish") filed a notice of settlement. (ECF No. 18). The court ordered the parties to file dismissal papers by May 4, 2020. (ECF No. 20).

On May 1, 2020, Lish filed a joint status report, representing that Governor Sisolak's emergency directive in response to the COVID-19 pandemic resulted in defendant Summit Collection Services Inc. ("Summit") temporarily ceasing operations. (ECF No. 21). As a result, Summit "has been difficult to reach and confirm the settlement terms," which has delayed the parties' performance of the settlement and dismissal of this action. *Id.*

As a result, the court granted an extension for the parties to file dismissal papers. (ECF No. 22). The court notes that, the parties' settlement notwithstanding, Summit's amended motion to dismiss (ECF No. 15) and motion to change venue (ECF No. 17) are still pending. The court now denies them as moot in light of the parties' settlement.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Summit's motion to dismiss (ECF No. 15) be, and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that Summit's motion to change venue (ECF No. 17) be,
2  and the same hereby is, DENIED as moot.
3    DATED May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE