1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  NYCHEA LISH, an individual;                   Case No.: 2:19-cv-01017-JCM-NJK

10                      Plaintiff,

11     v.

12                                                **STIPULATION AND ORDER FOR**
    SUMMIT COLLECTION SERVICES, INC., a          **DISMISSAL OF DEFENDANT WITH**
13  domestic corporation;                                     **PREJUDICE**

14                      Defendant.

15

16         Plaintiff, Nychea Lish ("Plaintiff"), and Defendant, Summit Collection Services, Inc.

17  ("Summit") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

18         Therefore, the Parties, by and through their respective attorneys of record, and subject to

19  the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Page 1 of 2

1  under FRCP 41(a), with Plaintiff and Summit bearing their own attorneys' fees and costs incurred

2  in this action.

3  Respectfully Submitted.

Dated: May 13, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 13, 2020

**LAW OFFICE OF CLIFF YOUNG**

*/s/ Clifton Young*
Clifton Young, Esq.
Nevada Bar No. 1233
650 S. Rock Blvd., Suite 21-A
Reno, Nevada 89502
cliffyounglaw@yahoo.com
*Attorneys for Defendant Summit Collection Services, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2020 _____